# Collection: Closed
## Collection: 617654

batch 05-Feb-2018

Min Pay Due → Notice of Payment Due → Delinquent → **Delinquent**

**Collection: 617654**

| | |
|---|---|
| Balance | : 0.00 |
| Risk | : 45 |
| District Office | : |
| Closed | : 05-Feb-2018 |
| Owner | : |
| Work Date | : |
| Created | : 28-Sep-2013 |

**Customer: Claimant**

Customer :    DENNIS WELLS    857 UNION ST OWOSSO MI 48867-3957

**Recent Notes**

Tabs: Collection | Related Items | CRM | Financial | Claim | Collection Info | User Access | Other
Sub-tabs: Overpayment | Minimum Payment | Intercept | Bill Items | Risk | Attributes | History

**Overpayment**

| Claim Id | Mail Serve | Issue | Circumstance | Principal | Penalty | Interest | Advocate | Collected | Balance |
|---|---|---|---|---|---|---|---|---|---|
| C2352871-2 | 06-May-2011 | Manual Restitution | | 116.00 | 0.00 | 0.00 | 0.00 | (116.00) | 0.00 |
| C2352871-2 | 18-Oct-2011 | Manual Restitution | | 351.00 | 702.00 | 175.50 | 0.00 | (351.00) | 877.50 |
| C2352871-2 | 18-Oct-2011 | Manual Restitution | | 796.00 | 3,184.00 | 398.00 | 0.00 | (796.00) | 3,582.00 |
| C2352873-0 | 18-Oct-2011 | Manual Restitution | | 108.00 | 0.00 | 52.37 | 0.00 | (108.00) | 52.37 |
| C2352870-5 | 19-Oct-2011 | Manual Restitution | | 1,115.00 | 4,460.00 | 557.50 | 0.00 | (1,115.00) | 5,017.50 |
| C2352870-5 | 19-Oct-2011 | Manual Restitution | | 650.00 | 1,300.00 | 325.00 | 0.00 | (650.00) | 1,625.00 |
| C2352871-2 | 20-Oct-2011 | Manual Restitution | | 358.00 | 716.00 | 179.00 | 0.00 | 0.00 | 1,253.00 |
| C2352871-2 | 20-Oct-2011 | Manual Restitution | | 575.00 | 2,300.00 | 287.50 | 0.00 | (204.00) | 2,958.50 |
| C2352871-0 | 20-Oct-2011 | Manual Restitution | | 492.00 | 0.00 | 245.81 | 0.00 | (492.00) | 245.81 |
| C2352870-5 | 21-Oct-2011 | Manual Restitution | | 194.00 | 368.00 | 97.00 | 0.00 | 0.00 | 659.00 |
| C2352871-2 | 21-Oct-2011 | Manual Restitution | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C2352872-0 | 01-Feb-2012 | Manual Restitution | | 889.00 | 3,556.00 | 354.42 | 0.00 | (889.00) | 3,910.42 |
| C2352871-2 | 02-Feb-2012 | Manual Restitution | | 580.00 | 2,320.00 | 290.00 | 0.00 | 0.00 | 3,190.00 |
| 13 Rows | | | | 6,224.00 | 18,906.00 | 2,962.10 | 0.00 | (4,721.00) | 23,371.10 |

