Revised 5/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

Dennis P Wells                          ,

  [list debtor name here]

Debtor.

_____/

Michigan Unemployment Insurance Agency

  [list plaintiff name here]

Plaintiff,

v.

Wells                                   ,

  [list defendant name here]

Defendant.

_____/

Chapter 7_____

Case No. 20-32042_____

Hon. ~~Daniel~~ *Joel D.* Applebaum____

Adversary Proceeding
No. 21-03009_____

## APPLICATION FOR *PRO BONO* ATTORNEY

I hereby request the Court to appoint an attorney to represent me in an adversary proceeding. I am the

[✓]   defendant and have been sued by someone else who objects to my discharge or seeks an exception to my discharge, pursuant to 11 U.S.C. § 523(a) or § 727(a); or

[ ] plaintiff and request an exception to the defendant's discharge based on my assertion that the debt is one for alimony or child or spousal support, pursuant to 11 U.S.C. § 523(a)(5) or (15).

**In further support of this application, I answer the following questions.**

1. Are you presently employed? Yes [ ] No [✓]

   If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

APPLICANT:

   Gross Monthly Income        $_____

   Employer Name:              _____

   Address:                    _____

                               _____

                               _____

NOTE: If you are the debtor/defendant and your circumstances have changed since the initial filing of your Schedules I and J, you must file and attach amended Schedules I and J to this application.

JOINT APPLICANT:

   Gross Monthly Income        $_____

   Employer Name:              _____

   Address:                    _____

                               _____

                               _____

- 2 -

**NON-FILING SPOUSE:**

Gross Monthly Income    $_____

Employer Name:            _____

Address:                    _____

                                     _____

                                     _____

2.     Within the past twelve months, have you received or are you currently receiving any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Unemployment Benefits | Yes [✓] | No [ ] |
| b. | Social Security, workers' compensation or disability payments | Yes [ ] | No [✓] |
| c. | Business, profession or other form of self-employment | Yes [ ] | No [✓] |
| d. | Rent payments, interest or dividends | Yes [ ] | No [✓] |
| e. | Pensions, annuities or life insurance payments | Yes [ ] | No [✓] |
| f. | Gifts or inheritances | Yes [ ] | No [✓] |
| g. | Tax refund | Yes [ ] | No [✓] |
| h. | Any other income sources | Yes [ ] | No [✓] |

- 3 -

3.   If you have answered _yes_ to any of the above in question 2, list each source and state the amount received each month for the past twelve months.

| NAME THE SOURCE | $ AMOUNT PER MONTH |
|---|---|
| UNemployment | $ 2094.00 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |

4    a.    Do you have any cash on hand, or in a checking or savings account?          Yes [ ]     No [✓]

(b).   If the answer is _yes_ to 4.a., state the total amount of each.

| CASH ON HAND | $ 0 |
|---|---|
| CHECKING ACCOUNT | $ 5.00 |
| SAVINGS ACCOUNT | $ 0 |

5.   a.    Do you own any real estate, stocks, bonds, notes, automobiles, life insurance policies (cash value), 401(k) plans or other valuable property (excluding ordinary household furnishings and clothing)?          Yes [✓]     No [ ]

Bobbi Wells
OWNS Trucks

- 4 -

b. If the answer is *yes* to 5.a., describe each property and state its approximate value.

| | | |
|---|---|---|
| **REAL ESTATE** | House *mallen Payments* | $18,000.⁰⁰ |
| **STOCKS** | | $ N/A |
| **BONDS** | | $ N/A |
| **NOTES** | | $ N/A |
| **AUTOMOBILES** | | $ 1500.⁰⁰ |
| **LIFE INSURANCE POLICIES** | | $ N/A |
| **401(k) PLANS** | | $ N/A |
| **OTHER VALUABLE PROPERTY** | | $ N/A |

6. List the persons who are dependent upon you for support; state the age and your relationship to those persons, and indicate how much you contribute toward their support. If you are married include your spouse. **For dependent minor children, list age and relationship only,** *but not their names.*

| YOUR RELATIONSHIP TO DEPENDENT PERSON | AGE |
|---|---|
| Michael Severson          Stepson | 13 |
| Montana Deschepper     stepdaughter | 7 |
| Mataya Wells             daughter | 5 |
| Blake Wells               Son | 13 |
| Bobbi Wells              Wife | 34 |
| | |
| | |
| | |

- 5 -

I declare under penalty of perjury that the foregoing is true and correct.

_Dennis Wells_
Please print name of applicant

_[signature]_
Signature of applicant

_Bobbi Wells_
Please print name of joint applicant
(spouse, if applicable)

_[signature]_
Signature of joint applicant
(spouse, if applicable)

_857 Union Ave_
Current address

_Owosso, Mi 48867_
City/state/zip

_517 677 2663 / 517 492 7521_
Telephone number

Date _3-25-21_